ALAN Dale WArren TDC 1558446      DATE 1-22-15
EXP.O.L. 08216230      73,114-04,-05      DoB 7-6-59
EXP IO. 15925408      SS. 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
Congressional 19010      CASE No 94-M-044
Amarsty 712 159801      CASE No 08-235
Civil VCO 814

I am WriTTINg you Concerning Bargening of my APPeal I Do NEED TRANSPorT Now To 2323 AVE E Bay Cty TX 77414 on my APPeal oF Case 94-M-044 ANO Case-08-235

The Medical DeartmenT AND A offender who Framed Me Are useing Medical To STop my APPeal I Say Again iF There is ~~Now~~ No TRANSporT Then There is No APPeal

I AM APPealing my Case 08-235 & 94-M-044

Sign X Alan Dale Warren

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 29 2015

Abel Acosta, Clerk